**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| ALICE HAACK v. DEANN BONGIORNO | 08 C 2488 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS

DEANNE BONGIORNO

| NAME (Type or print) |
|---|
| Paul O. Watkiss |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/Paul O. Watkiss |

| FIRM |
|---|
| Bruce Farrel Dorn & Assoc. |

| STREET ADDRESS |
|---|
| 120 North LaSalle Street |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6196695 | 312-683-3097 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES  X | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO  x |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO  x |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | YES  X |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |