IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ALICE E. HAACK,

                      plaintiff,

    v.                              No.  08 CV 2488

DEANN BONGIORNO,
                                 Judge Dow
                   defendants.      Magistrate Judge Nolan

**NOTICE OF FILING**

    PLEASE TAKE NOTICE that on June 24, 2008, I electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendant, DEANN BONGIORNO's Answer to Plaintiff's Complaint for Personal Injury, a copy of which is attached and hereby served upon you.

                                               BRUCE FARREL DORN & ASSOCIATES


                                               By:   s/ Paul O. Watkiss
                                                      Attorney for defendant

BRUCE FARREL DORN & ASSOCIATES
Attorney for defendant
120 N. LaSalle St., Suite 1900
Chicago, Illinois  60602
(312) 683-3000

## CERTIFICATE OF SERVICE

I, Paul O. Watkiss, hereby certify that on June 24, 2008, a true and correct copy of Defendant, DEANN BONGIORNO's Answer to Plaintiff's Complaint for Personal Injury was electronically filed with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the court's electronic filing system.

                        BRUCE FARREL DORN & ASSOCIATES

                        By:   s/ Paul O. Watkiss
                              Attorney for defendant

BRUCE FARREL DORN & ASSOCIATES
Attorney for defendant
120 N. LaSalle St., Suite 1900
Chicago, Illinois  60602
(312) 683-3000