IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALICE E. HAACK,<br><br>     plaintiff,<br><br>  v.<br><br>DEANN BONGIORNO,<br><br>     defendants. | No. 08 CV 2488<br><br>Judge Nolan<br>Magistrate Judge Dow |

## INITIAL STATUS REPORT

  NOW COMES defendant, DEANN BONGIORNO, by and through her attorney PAUL O. WATKISS, and submits the following Initial Status Report.

  **A.**  **ATTORNEYS OF RECORD**

  The plaintiff ALICE E. HAACK is represented by Dennis Stanton.

  The defendant DEANN BONGIORNO is represented by Paul O. Watkiss.

  Both of these attorneys are expected to try the case.

  **B.**  **BASIS FOR FEDERAL JURISDICTION**

  Plaintiff is claiming subject matter jurisdiction based upon diversity of citizenship under 28 USC 1332. At the time of the filing of the complaint, plaintiff is a resident of Indiana.  Defendant is a resident of Illinois.

  **C.**  **NATURE OF THE CASE**

  This case is a personal injury action based upon an auto accident.

  **D.**  **SERVICE**

  All parties have been served and have appeared.

  **E.**  **PRINCIPAL LEGAL ISSUES**

  Given the nature of the injuries, defendant potentially could file a motion attacking the subject matter jurisdiction of this court as the amount in controversy may not exceed $75,000.

  **F.**  **PRINCIPAL FACTUAL ISSUES**

  **A. Liability**

Plaintiff claims she was injured in an automobile accident which took place on May 4, 2006 at the intersection of Burnham Avenue and 171st Street in Lansing, Illinois. Plaintiff ALICE E. HAACK alleges that she was northbound on Burnham when defendant DEANN BONGIORNO, who was southbound on Burnham, made a left hand turn in front of her. Accordingly, pending the discovery depositions of the parties, liability does not appear to be in dispute.

**B. Damages**

The diagnosis at the emergency room was contusion of chest wall, cervical and thoracic strain, painful respiration. Plaintiff was taken to the ER via ambulance on the date of the accident. Extensive diagnostic testing was done in the ER due to the front impact, plaintiff's age and the areas of pain. Plaintiff then followed up with Dr. Geissler, D.O. for respiratory pain while breathing, as well as, neck and upper back pain.

Defendant is aware of the following medical specials at this time:

| Date | Provider | Amount |
|---|---|---|
| 05/04/06 | Lansing Police Department (ambulance) | $ 321.00 |
|  | ER Munster Community Hospital | $7639.70 |
|  | Muster Radiology | $1040.00 |
|  | NWI Consultants | $ 152.00 |
| 05/08/06 | Dr. Evan Geissler, D.O. | $   90.00 |
| 05/15/06 | Dr. Evan Geissler, D.O. | $   90.00 |
| 05/25/06 | Dr. Evan Geissler, D.O. | $   90.00 |
| 06/29/06 | Dr. Evan Geissler, D.O. | $   90.00 |
| 08/03/06 | Dr. Evan Geissler, D.O. | $   90.00 |
| 09/19/06 | Dr. Evan Geissler, D.O. | $   90.00 |
|  | **TOTAL** | **$9,692.70** |

**G.    JURY DEMAND**

Defendant has made a jury demand in this case.

**H.    DISCOVERY TAKEN AND ANTICIPATED**

No formal discovery has been undertaken to date. The parties would anticipate sending out written discovery, subpoenaing plaintiff's medical records and deposing the parties and two witnesses, Carleen and Sherri Luszyk, listed on the police report. Defendant believes that 90 days would be sufficient to complete this phase of discovery.

Depending upon the nature of the injuries, defendant might required the deposition of one of the treating physicians. Defendant believes that 60 days would be sufficient to complete this phase of discovery.

**I.     TRIAL**

Defendant anticipates that if there are no delays in obtaining the above discovery, she could be ready for trial by December 1, 2008.

**J.     MAGISTRATE**

Defendant would be willing to proceed before a Magistrate Judge.

**K.     SETTLEMENT DISCUSSIONS**

The last settlement offer made by State Farm on behalf of the defendant was $11,728.70. No demand has been made by plaintiff. Upon receiving all of the medical bills and records, defendant would anticipate the potential for settlement of this matter to be very good.

**L.     SETTLEMENT CONFERENCE**

Defendant would be willing to schedule a settlement conference prior to engaging in any discovery.


BRUCE FARREL DORN & ASSOCIATES


By:   s/ Paul O. Watkiss
        Attorney for defendant


BRUCE FARREL DORN & ASSOCIATES
Attorney for defendant
120 N. LaSalle St., Suite 1900
Chicago, Illinois  60602
(312) 683-3000

3